IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RUSSELL GAITHER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV 316-010<br>) |
| MS. ARCHER; WARDEN BUTTS;<br>MRS. CASON; MRS. DeANN MORRIS;<br>OFFICER (Sgt.) FARMER;<br>MRS. MITZI HALL; LT. O'NEAL; and<br>NURSE PULLIN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 17). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), and **DENIES AS MOOT** the motion for appointment of counsel, motion to file an amended complaint, and motion for the return of legal mail. (Doc. nos. 4, 5, 8.) The Court likewise **DENIES AS MOOT** the motion for appointment of counsel filed with Plaintiff's objections. (Doc. no. 16.) Finally, the Court **DISMISSES** this case without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims

raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 26th day of April, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE