AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RUSSELL GAITHER,

    Plaintiff,

v.

MS. ARCHER; WARDEN BUTTS; MRS. CASON; MRS. DeANN MORRIS; OFFICER (Sgt.) FARMER; MRS. MITZI HALL; LT. O'NEAL; and NURSE PULLIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV316-010

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 26, 2016, the Report and Recommendation of the Magistrate Judge is ADOTPED as the opinion of this Court. Therefore, this case is DISMISSED without prejudice and stands CLOSED.

April 26, 2016
Date



Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03